IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Yolo, Tonya R | Case Number: 08 B 28828 |
|---|---|
| | Judge: Goldgar, A. Benjamin |
| Printed: 03/24/09 | Filed: 10/24/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: February 10, 2009
Confirmed:   None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 3,550.00 | 0.00 |
| 2. | Americredit Financial Ser Inc | Secured | 0.00 | 0.00 |
| 3. | Internal Revenue Service | Priority | 881.51 | 0.00 |
| 4. | Educational Credit Management Corp | Unsecured | 0.00 | 0.00 |
| 5. | Educational Credit Management Corp | Unsecured | 0.00 | 0.00 |
| 6. | Target National Bank | Unsecured | 15.52 | 0.00 |
| 7. | City Of Chicago Dept Of Revenue | Unsecured | 315.00 | 0.00 |
| 8. | Peoples Energy Corp | Unsecured | 93.32 | 0.00 |
| 9. | ECast Settlement Corp | Unsecured | 45.45 | 0.00 |
| 10. | Internal Revenue Service | Unsecured | 0.53 | 0.00 |
| 11. | Americredit Financial Ser Inc | Unsecured | 2,127.24 | 0.00 |
| 12. | Drive Financial Services | Unsecured | | No Claim Filed |
| 13. | Pay Day Loans | Unsecured | | No Claim Filed |
| 14. | Mechants & Professional Credit Bureau | Unsecured | | No Claim Filed |
|  |  |  | $ 7,028.57 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---:|
| | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Yolo, Tonya R

Printed: 03/24/09

Case Number: 08 B 28828
Judge: Goldgar, A. Benjamin
Filed: 10/24/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: